DECEMBER 27, 2011

No. 11–363.  AMGEN INC. *v.* NEW YORK ET AL.   C. A. 1st Cir.
Certiorari dismissed under this Court's Rule 46.

DECEMBER 30, 2011

No. 10–1399.   ROBERTS *v.* SEA-LAND SERVICES, INC., ET AL.
C. A. 9th Cir.  [Certiorari granted, 564 U. S. 1066.]  Motion of
the Solicitor General for divided argument granted.

No. 11–713.  PERRY, GOVERNOR OF TEXAS, ET AL. *v.* PEREZ
ET AL.;
No. 11–714.  PERRY, GOVERNOR OF TEXAS, ET AL. *v.* DAVIS
ET AL.; and
No. 11–715.  PERRY, GOVERNOR OF TEXAS, ET AL. *v.* PEREZ
ET AL.  D. C. W. D. Tex.  [Probable jurisdiction noted, *ante*,
p. 1090.]  Motion of the Solicitor General for enlargment of time
for oral argument, for leave to participate in oral argument as
*amicus curiae*, and for divided argument granted.  Time is to be
divided as follows: 30 minutes for the appellants, 30 minutes for
the appellees, and 10 minutes for the Solicitor General as *amicus
curiae*.  Motion of appellees Wendy Davis et al. for divided argu-
ment denied.